AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

**FILED**

**6:08 pm Nov 24 2022**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:22mj9277 |
| | ) | |
| | ) | |
| ABDULRAHMAN ZALAH | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 28, 2022_____ in the county of _____Cuyahoga_____ in the _____Northern_____ District of _____Ohio_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 554 | Smuggling of Goods from the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Doug Prenger, Enforcement Officer, DHS
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:   _____November 24, 2022 at 5:54 p.m._____

_____
*Judge's signature*

City and state:   _____Cleveland, Ohio_____   Jennifer Dowdell Armstrong, Magistrate Judge
*Printed name and title*