Dear Honorable  Judge Adams

My name is Abeer Ibrahim Ahmad Zalah

My relationship with Abdulrahman, his younger sister

21/02/1996

I am younger than my brother Abd al-Rahman, although I am now grown up, he has always been with me every step of my life until this day.  Abdul Rahman rarely talks about himself or his needs, but always puts our needs and desires first.  When I was thirteen I fell ill with a leg disease, which caused me to drop out of school for three years. Meanwhile, Abd al-Rahman collected a sum from his daily allowance to please me now and then with toys and sweets.  My sister passed away at the age of 14 when I was in high school.  I was shocked and scared and saw people crying around me.  I ran to see my sister and wanted her back.  But Abd al-Rahman hugged me and calmed me down and said she had gone to a better place.  Years passed and Abdul Rahman tried hard to get a good job to support us financially.  He loved computers and took courses to improve his skills.  During his time at school and college, he volunteered and worked seasonally. He got a job at a telecom company, worked hard, and was promoted to manager.  Upon completion of my bachelor's degree, I had hoped to obtain a master's degree in the United States, but was unable to because my father passed away at that time.  I could not wake up from this state until Abd al-Rahman came and told me that my father had already died. That day was the first time I saw Abdul Rahman crying from the heart.  He was the material and psychological support for our family after my father's death.  A few months after the death of my father, when I applied for a master's degree, Abdel Rahman took me and flew me to Egypt to perform laser eye surgery and remove my medical glasses for me from his own money.  When my older sister got married and my other sister got a job, he seemed a bit relieved and told me he was going to America with me to support me.  And he started working more and more to collect money for the expenses that we will need when we travel to America.  Abdul Rahman always had my back.  So I felt safe and my level was good.  I miss my brother so much.  I hope this nightmare ends soon. What I'm talking about here today is just a glimpse into his identity.  Thank you for reading this letter.  I hope the information I have provided will help you understand the personality of Abdul Rahman.  I am confident that he will continue to contribute to the community. And the happiness of those around him.

15/6/2023

**Exhibit A**