

**Exhibit B**