# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:22CR723 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JOHN R. ADAMS |
| -vs- | : | |
| | : | |
| ABDULRAHMAN ZALAH, | : | **NOTICE OF INTENT NOT TO** |
| | : | **SUPPLEMENT PRO SE MOTION** |
| Defendant. | : | |

Undersigned counsel files this notice to inform the Court of intent not to supplement Abdulrahman Zalah's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines.

On November 21, 2023, the U.S. District Court for the Northern District of Ohio issued General Order 2023-20, appointing the Office of the Federal Public Defender for the Northern District of Ohio "to represent those indigent defendants who have been identified as being potentially eligible to seek a reduction of sentence" under Amendment 821.

Counsel thus provides this notice of intent not to supplement Mr. Abdulrahman's motion.

Respectfully Submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Andrew Byrd*
ANDREW BYRD
Assistance Federal Public Defender
Ohio Bar: 0084734
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Telephone:     (216) 522-4856
Facsimile:     (216) 522-4321

andrew_byrd@fd.org