Motion denied as moot. Defendant is no longer incarcerated.
s/John R. Adams
U.S. District Judge
12/9/2024



FILED

MAY - 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

Eastern Division

UNITED STATES OF AMERICA
    Plaintiff

                                    Case No. 1:22-cr-00723-JRA

  v.

ABDULRAHMAN ZALAH,
    Defendant

## MOTION FOR A REDUCTION OF SENTENCE
(filed under Title 18 U.S.C. 3582(c)(2))

Abdulrahman Zalah ("defendant"), files this motion and requests this Honorable court to reduce his sentence under Title 18 U.S.C. 3582(c)(2) and Retroactive United States Guideline Amendment 821 part B. In support thereof, defendant avers the following:

## I. BACKGROUND OF THE CASE

In October 2022, a rifle barrel manufacturer submitted a report to FBI concerning purchases of four (4) rifle barrels made by defendant. On October 28, 2022, defendant voluntarily spoke with agents and admitted to purchasing rifle barrels in the United States on behalf of an associate in Saudi Arabia, who paid defendant to purchase rifle barrels and ship them overseas to Saudi Arabia. Defendant did not have a written permission of the United States Government or an export license. On November 27, 2022, after it became known that there was a warrant for his arrest, defendant surrendered himself at the FBI Cleveland Field Office with the assistance of his counsel.

-1-